## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| JAYMIN V., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 1:24-CV-00064-MSM-PAS |
| LELAND C. DUDEK, Acting | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant | ) |

## ORDER

Mary S. McElroy, United States District Judge.

On February 18, 2025, Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") (ECF No. 15) recommending that the Court grant the Plaintiff's Motion to Reverse the Disability Determination of the Commissioner of Social Security (ECF No. 10) and deny the Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 11). After having carefully reviewed the relevant papers, the relevant law, and having heard no objections, the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 10) is GRANTED and the Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 11) is DENIED. Final judgment shall enter for the Plaintiff remanding this case for additional administrative proceedings

consistent with this Order.

IT IS SO ORDERED

_____
Mary S. McElroy
United States District Judge

March 7, 2025